IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GODFREY CHAVEZ,

    Plaintiff,

v.                                                                           No. 2:14-cv-00205 KG/GBW

VICTOR M. GRAJEDA,
PLAINS TRANSPORTATION and
AFFILIATED FOODS, INC.,

    Defendants.

## STIPULATED ORDER OF DISMISSAL OF
## THE CLAIMS AND CAUSES OF ACTION AGAINST
## AFFILIATED FOODS, INC.

    IT IS HEREBY STIPULATED among the parties, by their respective counsel, that the claims and causes of action against Affiliated Foods, Inc., should be dismissed with prejudice because all matters in controversy have been fully settled and compromised.  With approval of the Court, the parties therefore request that the claims and causes of action against Affiliated Foods, Inc., be dismissed with prejudice.

    IT IS THEREFORE STIPULATED, AGREED AND ORDERED THAT the claims and causes of action filed by the Plaintiff against that Defendant be, and the same hereby are, dismissed with prejudice.

    IT IS SO STIPULATED AND ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

COMPTON & ASSOCIATES

By    *Electronically Approved on May 13, 2014*
      J. Douglas Compton
      6605 Uptown Blvd NE Ste 340
      Albuquerque, NM 87110-4230
      (505) 301-6195
      comptonandassociates51@yahoo.com
      *Attorney for Plaintiff*

GUEBERT BRUCKNER P.C.

By    */s/ Robert F. Gentile*
      Terry R. Guebert
      Robert F. Gentile
      P.O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      tguebert@guebertlaw.com
      rgentile@guebertlaw.com
      *Attorneys for Defendant Affiliated Foods, Inc.*

SHEEHAN & SHEEHAN, P.A.

By    *Electronically Approved on May 13, 2014*
      Craig T. Erickson
      P.O. Box 271
      Albuquerque, NM  87103
      (505) 247-0411
      cte@sheehansheehan.com
      *Attorney for Defendant Plain Transportation*

ALLEN, SHEPHERD, LEWIS & SYRA, PA


By  *Electronically Approved on August 12, 2014*
    Jenny L. Jones
    P.O. Box 94750
    Albuquerque, NM 87199
    (505) 241-0110
    jjones@allenlawnm.com
    *Attorney for Defendant Victor Grajeda*

F:\Clients\0300.730\Pleadings\14cv00205_KG_GBW_36_Stipulated_Order_Dismissal.docx/jty

ALLEN, SHEPHERD, LEWIS & SYRA, PA


By  *Electronically Approved on August 12, 2014*
    Jenny L. Jones
    P.O. Box 94750
    Albuquerque, NM 87199
    (505) 241-0110
    jjones@allenlawnm.com
    *Attorney for Defendant Victor Grajeda*

F:\Clients\0300.730\Pleadings\14cv00205_KG_GBW_36_Stipulated_Order_Dismissal.docx/jty