IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANETTE BELL, Personal Representative
of the Estate of GODFREY CHAVEZ,

        Plaintiff,

vs.                                        No. 2:14-CV-00205 KG-GBW

VICTOR M. GRAJEDA and
PLAINS TRANSPORTATION, INC.,

        Defendants.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Motion of Defendant Plains Transportation to dismiss this action with prejudice, and the Court being fully advised,

FINDS:

The parties, Janette Bell, Personal Representative of the Estate of Godfrey Chavez, Victor M. Grajeda and Plains Transportation, have entered into a settlement agreement providing for the dismissal of this action with prejudice, with no further liability to either party.

The Court orders that this action be and it hereby is dismissed, with prejudice, with no further liability to any party.  Each party is to bear its own fees and costs.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE

Submitted by:

SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendant Plains Transportation*
40 First Plaza, N. W., Suite 740 (87102)
Post Office Box 271
Albuquerque, NM 87103
(505) 247-0411

BY:   */s/Craig T. Erickson*
      CRAIG T. ERICKSON
      cte@sheehansheehan.com


Approved by:

COMPTON & ASSOCIATES
*Attorney for Plaintiff*
6605 Uptown Blvd., N.E., Suite 340
Albuquerque, NM 87110
(505) 301-6195

      *Electronically Approved on 12/17/14*
BY:   */s/J. Douglas Compton*
      J. DOUGLAS COMPTON
      jdcomptonlaw@gmail.com

ALLEN, SHEPHERD, LEWIS & SYRA, P.A.
*Attorneys for Defendant Victor M. Grajeda*
4801 Lang Ave., N.E., Suite 200 (87109)
Post Office Box 94750
Albuquerque, NM 87199
(505) 341-0110

      *Electronically Approved on 12/18/14*
BY:   */s/Aaron R. Kugler*
      AARON R. KUGLER
      akugler@allenlawnm.com
      JENNY L. JONES
      jjones@allenlawnm.com